# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| MARIE BIFFLE, as administrator for the estate of LARRY SCOTT BIFFLE, and MARIE BIFFLE, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO.: 3:05-CV-24-CDL |
| WALTON COUNTY, GEORGIA, AL YARBROUGH, individually and in his official capacity as Sheriff for Walton County, and JERRY GREGORY HALL, individually and in his official capacity as a deputy for Walton County, | : : : : : : : : | |
| Defendants. _____ | : : | |

### ANSWER OF DEFENDANTS WALTON COUNTY, GEORGIA AND JERRY GREGORY HALL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DEPUTY FOR WALTON COUNTY

COME NOW the above named defendants, which respond to plaintiff's complaint against them as follows:

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim against defendants, or either of them, upon which relief can be granted.

### SECOND DEFENSE

Defendant Hall is entitled to Eleventh Amendment immunity.

1



### THIRD DEFENSE

Defendant Hall is entitled to qualified immunity.

### FORTH DEFENSE

Defendant Hall is entitled to official immunity, with respect to plaintiff's state law claims.

### FIFTH DEFENSE

Defendants are is entitled to sovereign immunity, with respect to plaintiff's state law claims.

### SIXTH DEFENSE

In answer to the separately enumerated paragraphs of plaintiff's complaint, said defendants respond as follows:

**1.**

Defendants admit that plaintiff is bringing this action as stated, but deny that they have any liability to her whatsoever. Defendants further ask that this Court decline to exercise pendent jurisdiction of plaintiff's state law claims.

**2.**

Defendants do not have knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of plaintiff's complaint.

**3.**

Defendants do not have knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of plaintiff's complaint.

4.

Defendants admit that Walton County is a county organized and existing by virtue of the laws of the State of Georgia and is a corporate body subject to suit. Defendants admit that jurisdiction and venue is proper in the United States District Court for the Middle District of Georgia, but show that the appropriate venue is the Athens Division of said Court. Defendants deny that Walton County, Georgia is a proper party to this action.

5.

Defendants admit that Walton County is a county organized and existing by virtue of the laws of the State of Georgia and is a corporate body subject to suit. Defendants admit that jurisdiction and venue is proper in the United States District Court for the Middle District of Georgia, but show that the appropriate venue is the Athens Division of said Court.

6.

Defendants admit that Walton County is a county organized and existing by virtue of the laws of the State of Georgia and is a corporate body subject to suit. Defendants admit that jurisdiction and venue is proper in the United States District

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

Court for the Middle District of Georgia, but show that the appropriate venue is the Athens Division of said Court.

**7.**

Defendants deny the allegations of paragraph 7 of plaintiff's complaint.

**8.**

Defendants admit the allegations of paragraph 8 of plaintiff's complaint.

**9.**

Defendants deny the allegations of paragraph 9 of plaintiff's complaint.

**10.**

Defendants deny the allegations of paragraph 10 of plaintiff's complaint.

**11.**

Defendants deny the allegations of paragraph 11 of plaintiff's complaint.

**12.**

Defendants deny the allegations of paragraph 12 of plaintiff's complaint.

**13.**

Defendants can neither admit nor deny the allegations of paragraph 13 of plaintiff's complaint, in that "the incident" is not defined. Defendants admit that deadly force was not appropriate at the time the pursuit began, but that situation changed thereafter, and prior to the death of Larry Scott Biffle.

**14.**

Defendants deny the allegations of paragraph 14 of plaintiff's complaint.

**15.**

Defendants deny the allegations of paragraph 15 of plaintiff's complaint.

**16.**

Defendants deny the allegations of paragraph 16 of plaintiff's complaint.

**17.**

Defendants deny the allegations of paragraph 17 of plaintiff's complaint.

**18.**

Defendants deny the allegations of paragraph 18 of plaintiff's complaint.

**19.**

Defendants deny the allegations of paragraph 19 of plaintiff's complaint.

**20.**

Defendants deny the allegations of paragraph 20 of plaintiff's complaint.

**21.**

Defendants deny the allegations of paragraph 21 of plaintiff's complaint.

**22.**

Defendants deny the allegations of paragraph 22 of plaintiff's complaint.

**23.**

Defendants deny the allegations of paragraph 23 of plaintiff's complaint.

**24.**

Defendants deny the allegations of paragraph 24 of plaintiff's complaint.

**25.**

Defendants deny the allegations of paragraph 25 of plaintiff's complaint.

**26.**

Defendants deny the allegations of paragraph 26 of plaintiff's complaint.

**27.**

Defendants deny the allegations of paragraph 27 of plaintiff's complaint.

**28.**

Defendants deny the allegations of paragraph 28 of plaintiff's complaint.

**29.**

Defendants deny the allegations of paragraph 29 of plaintiff's complaint.

**30.**

Defendants deny the allegations of paragraph 30 of plaintiff's complaint.

**31.**

Any allegations of plaintiff's complaint not herein admitted or not responded to for lack of knowledge or information sufficient to form a belief as to the truth thereof, are hereby denied.

WHEREFORE, defendants request the following relief from this Court:

1.	That defendants have a trial by jury;

2. That defendants be dismissed from this action, with all costs taxed against plaintiff; and

3. That defendants recover their costs and attorney's fees pursuant to 42 USC § 1988.

This 25th day of April, 2005.

/S/_____
Mary M. Katz
Georgia Bar No.: 408987

**Attorney for Defendants**
**Walton County, Georgia and**
**Jerry Gregory Hall**

OF COUNSEL:

CHAMBLESS, HIGDON, RICHARDSON,
KATZ & GRIGGS, LLP
577 Walnut Street, Suite 200
Post Office Box 246
Macon, Georgia  31202-0246
(478) 741-1181

7

# CERTIFICATE OF SERVICE

I, MARY M. KATZ, hereby certify that I have this day served upon counsel for all parties in this action the answer of defendants by electronic filing with the Clerk of Court using the EM/ECF system, which will automatically send an email notification of such filing to the following attorney of record :

>Michael J. Puglise, Esq.
>Law Offices of Michael J. Puglise, P.C.
>1387 Scenic Highway
>Snellville, Georgia  30078
>
>**Attorney for Plaintiff**

and by regular mail to:

>William Thomas Mitchell, Esq.
>Cruser & Mitchell, LLP
>Peachtree Ridge, Suite 750
>35oo Parkway Lane
>Norcross, Georgia  30092
>
>**Attorney for Al Yarbrough,**
>**Individually and in his Official Capacity as**
>**Sheriff of Walton County**

This 25th day of April, 2005.

>/S/_____
>Mary M. Katz