IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARIE BIFFLE, as Administrator <br> For the estate of Larry Scott <br> Biffle, and MARIE BIFFLE, <br><br>     Plaintiff <br> V. <br><br> WALTON COUNTY, GEORGIA, <br> AL YARBROUGH, individually, and <br> In his official capacity as <br> Sheriff of Walton County, and <br> JERRY GREGORY HALL, individually, <br> And in his official capacity as a <br> Deputy for Walton County, <br><br>     Defendants | * <br> * <br> * <br> * <br> * <br> *    CIVIL ACTION FILE <br> *    NO. 3:05-CV-24-CDL <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### CONSENT ORDER EXTENDING TIME TO ANSWER

COME NOW, Plaintiff MARIE BIFFLE, and defendant AL YARBROUGH, individually and in his official capacity as Sheriff of Walton County, through their respective counsel of record, and hereby consent to extend the time in which defendant AL YARBROUGH may answer or otherwise respond plaintiff's Complaint up to and including May 2, 2005.

WE SO CONSENT AND STIPULATE:

LAW OFFICES OF
MICHAEL J. PUGLISE, P.C.

*Michael J. Puglise* (by WTM with express permission)
Michael J. Puglise
Georgia Bar No. 589530

Attorney for Plaintiff

1387 Scenic Highway
Snellville, GA 30078
TEL: 770-985-9852

CRUSER & MITCHELL, LLP

*W.*
William T. Mitchell
Georgia Bar No. 513810

Attorney for defendant
Al Yarbrough

3500 Parkway Lane, Suite
Norcross, GA 30092
TEL: 404-881-2622

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed this **CONSENT ORDER EXTENDING TIME TO ANSWER** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| Michael J. Puglise, Esq.<br>1387 Scenic Highway<br>Snellville, GA 30078 | Mary Mendel Katz, Esq.<br>Chambless, Higdon & Carson, LLP<br>P. O. Box 246<br>Macon, GA 31202-0246 |

This 25th day of April, 2005.

_____
William T. Mitchell
Georgia Bar No. 513810