```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION


MARIE BIFFLE, as Administrator    *
for the Estate of Larry Scott
Biffle, and MARIE BIFFLE,         *

        Plaintiff                 *

vs.                               *
                                       CASE NO. 3:05-CV-24 (CDL)
WALTON COUNTY, GEORGIA,           *
AL YARBROUGH, Individually and
in his Official Capacity as       *
Sheriff for Walton County, and
JERRY GREGORY HALL, Individually  *
and in his Official Capacity as
a Deputy for Walton County,       *

        Defendants                *
```

O R D E R

Plaintiff has filed a motion to transfer her official capacity claims against Defendants Yarbrough and Hall to the Superior Court of Walton County, Georgia, conceding that this Court has no jurisdiction over those claims under the Eleventh Amendment to the Constitution and the case of *Manders v. Lee*, 338 F.3d 1304 (11th Cir. 2003). Since this case originated in this federal court and therefore cannot be remanded to a state court from which it was removed, the Court finds that it does not have the authority to transfer this case to a state court from which it did not originate. However, given the nature of Plaintiff's motion, the Court treats it as a motion to voluntarily dismiss her official capacity claims against Defendants Yarbrough and Hall without prejudice. Based upon Plaintiff's concessions in her motion, the Court dismisses without prejudice her claims against Defendants Yarbrough and Hall in their official capacities.

Defendants Yarbrough and Hall shall remain as Defendants in this case for purposes of Plaintiff's claims against them in their individual capacities.

    IT IS SO ORDERED, this 29th day of June, 2005.

                                                        <u>S/Clay D. Land</u>
                                                           CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE