IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARIE BIFFLE, as administrator for the estate of LARRY SCOTT BIFFLE, and MARIE BIFFLE,<br><br>    Plaintiffs,<br><br>v.<br><br>WALTON COUNTY, GEORGIA, AL YARBROUGH, individually and in his official capacity as Sheriff for Walton County, and JERRY GREGORY HALL, individually and in his official capacity as a deputy for Walton County,<br><br>    Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.:<br>:  3:05-CV-24-CDL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AMENDED ANSWER OF DEFENDANTS WALTON COUNTY, GEORGIA AND JERRY GREGORY HALL TO PLAINTIFF'S COMPLAINT

Defendants amend their previously filed and served answer to plaintiff's complaint, by adding thereto the following:

### SEVENTH DEFENSE

Plaintiff does not have the capacity to sue for the alleged constitutional violations, nor for any state law wrongful death claims, other than for the expenses of the estate of Larry Scott Biffle.

1

## EIGHTH DEFENSE

The real party in interest with claims for alleged constitutional violations under federal law, and wrongful death under state law, is the widow of Larry Scott Biffle, Nellie Jackson Biffle.

This 27th day of July, 2005.

/s/_____
Mary M. Katz
Georgia Bar No.: 408987

**Attorney for Defendants
Walton County, Georgia and
Jerry Gregory Hall**

OF COUNSEL:

CHAMBLESS, HIGDON, RICHARDSON, KATZ & GRIGGS, LLP
577 Walnut Street, Suite 200
Post Office Box 246
Macon, Georgia  31202-0246
(478) 741-1181

## **CERTIFICATE OF SERVICE**

I, MARY M. KATZ, hereby certify that I have this day served upon counsel for all parties in this action the amended answer of defendants Walton County, Georgia and Jerry Gregory Hall to plaintiff's complaint by electronic filing with the Clerk of Court using the EM/ECF system, which will automatically send an email notification of such filing to the following attorneys of record:

>Michael J. Puglise, Esq.
>Law Offices of Michael J. Puglise, P.C.
>1387 Scenic Highway
>Snellville, Georgia  30078
>
>**Attorney for Plaintiff**
>
>William T. Mitchell, Esq.
>Cruser & Mitchell
>3500 Parkway Lane, Suite 750
>Norcross, Georgia  30092
>
>**Attorney for Defendant**
>**Al Yarbrough**

This 27th day of July, 2005.

>/s/_____
>Mary M. Katz