```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   ATHENS DIVISION
```

| | |
|---|---|
| MARIE BIFFLE, as Administrator * <br> For the estate of Larry Scott * <br> Biffle, and MARIE BIFFLE, * <br> * <br>     Plaintiff * <br> v.    * <br> * <br> WALTON COUNTY, GEORGIA, * <br> AL YARBROUGH, individually, and * <br> In his official capacity as * <br> Sheriff of Walton County, and * <br> JERRY GREGORY HALL, individually, * <br> And in his official capacity as a * <br> Deputy for Walton County, * <br> * <br>     Defendants * | CIVIL ACTION FILE <br> NO. 3:05-CV-24-CDL |

### DEFENDANT AL YARBROUGH'S AMENDED ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Comes now defendant AL YARBROUGH and files this his Amended Answer and Defenses to Plaintiff's Complaint, showing this Court the following:

### SIXTEENTH DEFENSE

Plaintiff is not the real party in interest and does not have standing to sue for the alleged constitutional violations or for any state law wrongful death claims other than for the expenses of the estate of Larry Scott Biffle.

**SEVENTEENTH DEFENSE**

The real party in interest with claims for alleged constitutional violations under federal law and wrongful death under state law is the widow of Larry Scott Biffle.

Respectfully submitted this 9th day of August, 2005.

                            **CRUSER & MITCHELL, LLP**

                            _____
                            William T. Mitchell
                            Georgia Bar No. 513810
                            Shalena M. Cook
                            Georgia Bar No. 526846

eachtree Ridge, Suite 750
3500 Parkway Lane              Attorneys for Defendant Al
Norcross, GA 30092            Yarbrough
404/881-2622 (Telephone)
404/881-2630 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed this **DEFENDANT AL YARBROUGH'S AMENDED ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| Michael J. Puglise, Esq.<br>1387 Scenic Highway<br>Snellville, GA 30078 | Mary Mendel Katz, Esq.<br>Chambless, Higdon & Carson, LLP<br>P. O. Box 246<br>Macon, GA 31202-0246 |

This 9th day of August, 2005.

_____
William T. Mitchell
Georgia Bar No. 513810
Shalena M. Cook
Georgia Bar No. 526846