## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

**MARIE BIFFLE, as administrator for**     :
**the estate of LARRY SCOTT BIFFLE,**     :
**and MARIE BIFFLE,**     :
                                           :
    **Plaintiffs,**     :
                                           :
**v.**     :     **CIVIL ACTION NO.:**
           :     **3:05-CV-24-CDL**
**WALTON COUNTY, GEORGIA,**     :
**AL YARBROUGH, individually, and**     :
**JERRY GREGORY HALL, individually,** :
                                           :
    **Defendants.**     :
_____     :

## STIPULATION OF DISMISSAL OF DEFENDANT
## WALTON COUNTY, GEORGIA

COMES NOW the plaintiff hereto, with consent of all parties, who

dismisses without prejudice her claims against defendant Walton County, Georgia.

This 10th day of August, 2005.


/s/ Michael J. Puglise
Michael J. Puglise
Georgia Bar No.: 589530

**Attorney for Plaintiff**

Law Offices of Michael J. Puglise, P.C.
1387 Scenic Highway
Snellville, Georgia  30078
(770) 985-9852

/s/ Mary Katz
Mary M. Katz
Georgia Bar No.: 408987

**Attorney for Defendant
Walton County, Georgia and
Jerry Gregory Hall**

OF COUNSEL:

CHAMBLESS, HIGDON, RICHARDSON, KATZ & GRIGGS, LLP
577 Walnut Street, Suite 200
Post Office Box 246
Macon, Georgia  31202-0246
(478) 741-1181

/s/ William Mitchell
William Mitchell
Georgia Bar No.: 513810

**Attorney for Defendant
Al Yarbrough**

CRUSER & MITCHELL, LLP
3500 Parkway Lane, Suite 750
Norcross, Georgia  30092
(404) 881-2622