IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

**MARIE BIFFLE**, as administrator for
the estate of **LARRY SCOTT BIFFLE**,
and **MARIE BIFFLE**,

    Plaintiffs,

v.                                                                     CIVIL ACTION NO.:
                                                                                                   3:05-CV-24-CDL

**WALTON COUNTY, GEORGIA**,
**AL YARBROUGH**, individually, and
**JERRY GREGORY HALL**, individually, :

    Defendants.

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE

    COMES NOW Marie Biffle, the Plaintiff herein, in all her capacities, by and through her attorney of record, pursuant to FRCP 41(a)(1)(ii), with the consent of all parties, and hereby dismisses the above-captioned case against all Defendants, with prejudice to Plaintiff.

    This )7s-day of _____, 2005.

                                                             _____
                                                             Michael J. Puglise
                                                             Georgia Bar No.: 589530
                                                             **Attorney for Plaintiff**

i

OF COUNSEL:
Law Offices of Michael J. Puglise, P.C.
1387 Scenic Highway
Snellville, Georgia 30078

*Mary M Katz*

Mary M, Katz
Georgia Bar No.: 408987
**Attorney for Defendants Walton County, Georgia and Jerry Gregory Hall**

OF COUNSEL:
CHAMBLESS, HIGDON, RICHARDSON, KATZ & GRIGGS, LLP
577 Walnut Street, Suite 200
Post Office Box 246
Macon, Georgia 31202-0246
(478) 741-1181

s/William T. Mitchell

William T. Mitchell
Georgia Bar No.: 513810
**Attorney for Defendant** Al **Yarbrough**

OF COUNSEL:
Cruser & Mitchell
3500 Parkway Lane, Suite 750
Norcross, Georgia 30092
(404) 881-2622

2

Signed by M Katz with
his express permission